# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| DIRECTV, Inc. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No.: 03CV-2544-KHV |
| | § | |
| PETE CULIG, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

After considering the Plaintiff's Unopposed Motion to Dismiss Individual Defendant David Macdougall, the Court grants the dismissal.

IT IS THEREFORE ORDERED that all claims brought by DIRECTV in this suit against David Macdougall are dismissed with prejudice. Each side to bear its own fees and costs.

Dated this 29th day of June, 2005.

                                                                                        s/ Kathryn H. Vratil
                                                                                        Kathryn H. Vratil
                                                                                        UNITED STATES DISTRICT JUDGE